# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JEFFERY LEE WINCHELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2567

[May 19, 2022]

Appeal from the County Court for the Nineteenth Judicial Circuit, Indian River County; Nicole Menz, Judge; L.T. Case No. 312021MM000565A.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***